UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 09-cr-00160-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SOCRATES IVAN RAFAELA-RAMIREZ,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  A five-day jury trial is set to commence **Monday, June 22, 2009, at 9:00 a.m. in courtroom A-1002.**  At this time, no final trial preparation conference will be set.  Counsel shall contact Chambers if they anticipate that they will file pretrial motions, or if a final preparation conference should be scheduled.

    Dated:  April 20, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge