**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No. 09-cr-00160-WYD**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.  SOCRATES IVAN RAFAELA-RAMIREZ,**

    **Defendant.**

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Government's Motion to Dismiss Count Three of the Indictment [doc. #22], filed September 28, 2009, is GRANTED.  It is further

ORDERED that Count Three of the Indictment in the above-captioned case is dismissed.

Dated this 17th day of December, 2009.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE